1/6/15

To: Judge LittleJohn

Reference to

Court Appeals Number #04-14-00785-cv

Court case number 2011-CI-15957

Appellant Maryann Castro did serve Appellee Manuel G. Castro

Attorney Joseph Appelt was handed legal documents I filed

Respectfully

Ms. Maryann Castro Pro Se

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@gmail.com

2015 JAN -6 PM 2:05

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED